UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

FABIAN HUIZAR,

Plaintiff,

v.

HORIZON BANK,

Defendant.

Civil Case No. 4:22-cv-00060

Hon. Philip P. Simon

# JURY VERDICT

## Question 1

Did Mr. Huizar prove by a preponderance of the evidence that Horizon Bank negligently failed to comply with the Fair Credit Reporting Act after receiving notice of a dispute?

☒ YES ☐ NO

If you answered NO, please STOP and sign the verdict form. No further questions need to be answered. If you answered YES to Question #1, please answer Question #2.

## Question 2

What amount, if any, do you assess for actual damages?

$ 365,000

## Question 3

Did Mr. Huizar prove by a preponderance of the evidence that Horizon Bank willfully violated any duty imposed by the Fair Credit Reporting Act after receiving notice of a dispute?

☒ YES ☐ NO

If you answered NO to Question #3, please STOP and sign the verdict form. No further questions need to be answered. If you answered YES to Question #3, please answer Question #4.

**Question 4**

What amount of punitive damages, if any, do you assess?

$ 2,500,000

Sign the verdict form.

**Signed by all Jurors this** 24 **day of June, 2026:**

[illegible] [illegible]

[illegible] [illegible]

[illegible] [illegible] EG

Maribel Merlos Richard Vance

[illegible]