**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**

| | | |
|---|---|---|
| FABIAN HUIZAR,<br><br>Plaintiff,<br><br>v.<br><br>HORIZON BANK,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 4:22-CV-60-PPS-JEM |

**HORIZON BANK'S UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR ITS REPLY BRIEF IN SUPPORT OF ITS MOTION FOR NEW TRIAL OR REMITTITUR**

Defendant Horizon Bank ("Horizon Bank"), by counsel, respectfully requests leave to file an oversized reply brief not to exceed twenty (20) pages—five (5) pages in excess of the fifteen (15) page limit set by Local Rule 7-1—in support of its Motion for a New Trial or Remittitur filed on August 20, 2026, ECF 216. In support of this request, Horizon Bank states as follows:

1. On August 20, 2026, Horizon Bank filed a post-trial motion pursuant to Federal Rule of Civil Procedure 59 requesting a new trial or, in the alternative, remittitur for the damages awarded. (ECF 216). Prior to filing that motion, Horizon Bank requested leave to file an oversized brief not to exceed thirty (30) pages, five (5) pages in excess of the twenty-five (25) page limit under Local Rule 7-1, which the Court granted. (ECF 214, 215).

2. On September 8, 2026, Plaintiff Fabian Huizar filed a motion for leave to file a 39-page response brief in opposition to Horizon Bank's motion, which Horizon Bank did not oppose provided that Horizon Bank may seek additional pages for its reply if necessary, which Mr. Huizar agreed to. (ECF 217 at 3). The Court granted Mr. Huizar's motion. (ECF 219). Mr. Huizar filed his response on September 8, 2026. (ECF 218).

3. Horizon Bank's reply in support of its motion is due 14 days after Mr. Huizar's

response, or September 22, 2026. (ECF 202).

4. In accordance with N.D. Ind. L.R.7-1(e), reply briefs must ordinarily not exceed 15 pages. N.D. Ind. L.R.7-1(e)(1).

5. N.D. Ind. L.R.7-1(e)(2) permits a party to file a brief exceeding the page limit "for extraordinary and compelling reasons." N.D. Ind. L.R.7-1(e)(2).

6. Horizon Bank seeks an additional 5 pages for its reply brief. Extraordinary and compelling reasons exist in this situation. The motion addresses a multimillion dollar punitive damages award among other things. Horizon Bank raises several distinct legal issues, each of which requires separate factual development and legal analysis drawn from a three-day trial record with several witnesses and exhibits. Mr. Huizar's response brief, excluding the table of contents, table of authorities, and statement of the issues, is 33 pages, and additional pages are needed for Horizon Bank to adequately address Mr. Huizar's arguments and present the issues with clarity based on the trial record, and address pertinent authorities raised in Mr. Huizar's response.

7. Horizon Bank has conferred with counsel for Mr. Huizar, and Mr. Huizar does not oppose Horizon Bank's request for an additional 5 pages.

8. Accordingly, Horizon Bank respectfully requests that, in accordance with N.D. Ind. L.R. 7-1(e)(2), it be permitted an additional five pages for its reply in support of its Motion for a New Trial or Remittitur, not to exceed twenty (20) pages.

WHEREFORE, Defendant Horizon Bank respectfully requests that the Court grant leave for Horizon Bank to have an additional five pages, not to exceed twenty (20) pages, for its reply brief in support of its Motion for a New Trial or Remittitur (ECF 216).

Date: September 17, 2026

Respectfully submitted,

*<u>/s/ Ambreen J. Ahmad</u>*
Brian E. Casey (#23263-71)

Ambreen J. Ahmad (#37906-71)
BARNES & THORNBURG LLP
201 S. Main St., Suite 400
South Bend, IN 46601
Direct: (574) 233-1171
Facsimile: (574) 237-1125
Email: ambreen.ahmad@btlaw.com

*Attorneys for Defendant*
*Horizon Bank*

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the above and foregoing was served on all counsel of record via the Court's Electronic Notification System on the 17th day of September, 2026.

*/s/ Ambreen J. Ahmad*
Ambreen J. Ahmad